466 A.2d 724

Commonwealth v. Porter, Appellant.

Submitted July 27, 1983. Timothy A. Crawford, for appellant; Jane Cutler Greenspan, Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence is affirmed.